**ELECTRONICALLY FILED**
**COURT OF COMMON PLEAS**
**Tuesday, January 26, 2021 5:15:15 PM**
**CASE NUMBER: 2021 CV 00301 Docket ID: 35190603**
**MIKE FOLEY**
**CLERK OF COURTS MONTGOMERY COUNTY OHIO**

## IN THE COURT OF COMMON PLEAS
## MONTGOMERY COUNTY, OHIO

| | |
|---|---|
| SHA'RONTANAE VALENTINE<br>3125 Princeton Dr.<br>Dayton, OH 45406<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN PARK ASSOCIATES II LIMITED<br>PARTNERSHIP<br>d/b/a LINCOLN PARK MANOR<br>694 Isaac Prugh Way<br>Kettering, OH 45429<br><br>**Serve Also:**<br>Lincoln Park Associates II Limited<br>Partnership<br>d/b/a Lincoln Park Manor<br>c/o Mark E Schutter (Stat. Agent)<br>P.O. Box 744<br>Dayton, OH 45401<br><br>-and-<br><br>JOAN FROST<br>Lincoln Park Associates II Limited Partnership<br>d/b/a Lincoln Park Manor<br>694 Isaac Prugh Way<br>Kettering, OH 45429<br><br>Defendants. | CASE NO.<br><br>JUDGE:<br><br><br>**COMPLAINT FOR DAMAGES**<br>**AND INJUNCTIVE RELIEF**<br><br>**JURY DEMAND ENDORSED**<br>**HEREIN** |

Plaintiff Sha'rontanae Valentine, by and through undersigned counsel, as her Complaint

against the Defendants, states and avers the following:

### PARTIES

1. Valentine is a resident of the city of Dayton, Montgomery County, state of Ohio.

2. Defendant LINCOLN PARK ASSOCIATES II LIMITED PARTNERSHIP d/b/a

   LINCOLN PARK MANOR ("LPM"), is a domestic company that conducts business

   within the state of Ohio.

EXHIBIT A

3.  At all times referenced herein, LPM was Valentine's employer within the meaning of Title VII of the Civil Rights Act of 1964 ("Title VII") 42 U.S.C §2000e and Ohio R.C. §4112 et seq.

4.  Upon information and belief, Defendant JOAN FROST is a resident of Ohio.

5.  Frost is, and was at all times hereinafter mentioned, an owner, manager, supervisor, and/or agent of LPM, and as such, an employer within the meaning of R.C. § 4112 et seq.

6.  At all times referenced herein, Defendant Frost was Valentine's employer within the meaning of R.C. 4112.01(A)(2).

## JURISDICTION & VENUE

7.  All of the material events alleged in this Complaint occurred in or around Montgomery County, Ohio.

8.  Therefore, personal jurisdiction is proper over Defendant pursuant to R.C. § 2307.382(A)(1), (3), and/or (4).

9.  Venue is proper pursuant to Civ. R. 3(C)(1), (2), (3), and/or (6).

10. This Court is a court of general jurisdiction over the claims presented herein, including all subject matters of this Complaint.

11. Within 180 days of the conduct alleged below, Valentine filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC", Charge No. 473-2020-01174) against Defendants ("EEOC Charge").

12. On or about December 11, 2020 the EEOC issued and mailed a Dismissal and Notice of Rights letter to Valentine regarding the EEOC Charge.

13. Valentine received the Dismissal and Notice of Rights from the EEOC in accordance with 42 U.S.C. § 2000e-5(f)(1), which has been attached hereto as Plaintiff's Exhibit 1.

14. Valentine has filed this Complaint on or before the 90-day deadline set forth in the Dismissal and Notice of Rights.

15. Valentine has properly exhausted all administrative remedies pursuant to 29 C.F.R. § 1614.407(b).

## FACTS

16. Valentine is a former employee of LPM.

17. Valentine is African American, and thus is in a protected class for her race.

18. Valentine was a minor and in high school during her employment with LPM.

19. Valentine worked for LPM as a dining room coordinator from June 2019 until LPM unlawfully terminated Valentine's employment on or about March 20, 2020.

20. Valentine initially interviewed with Reggie (LNU, previous-supervisor, male, African American), Bill (LNU, supervisor, Caucasian), and Jennifer Strickland (hiring manager, Caucasian) and was offered her position a few days after her interview.

21. In or around November or December 2019, LPM hired Defendant Frost (Caucasian) as a new supervisor. Frost was then placed over Valentine.

22. In or around early January 2020, Valentine, Freddy Martin (Plaintiff's uncle, dietary aid with LPM, African American), and Kim (LNU, cook, African American) arrived at work.

23. Valentine donned her required hair net, clocked in, was quickly accosted by Frost.

24. Frost yelled at Valentine to put on her hair net. Valentine turned to look at Frost (while wearing the hair net) but said nothing.

25. Frost continued yelling and Valentine ignored her as she was already wearing the hair net.

26. Frost then went into the office and said threateningly that she could not see whether Valentine had clocked in yet.

27. This immediately upset Valentine, as she had indeed clocked in. She viewed this as a threat from Frost to not pay her for the day for unknown reasons.

28. Valentine warned Frost not to mess with her wages, or else she would resign.

29. Valentine then went to Ellen (LNU, HR, Caucasian) and complained about the implied threat from Frost. Ellen (LNU) confirmed that Valentine had indeed clocked in as required.

30. Valentine then physically showed Frost how she regularly clocked in and complained again to Ellen (LNU) that she felt Frost was trying to mess with her income.

31. From then on, Frost had it out for Valentine, she wanted Valentine fired as soon as possible.

32. On or about January 14, 2020, Valentine and Martin came into work slightly late (Valentine was in school at the time and could not leave early).

33. As the two walked in, Frost immediately accosted Valentine and Martin for not wearing their uniforms into the building.

34. Notably, Ethan (LNU, dietary aid, Caucasian) and Christopher (LNU, dietary aid, Caucasian) came in at approximately the same as Valentine and Martin and also were not wearing their uniforms.

35. Despite this, Frost yelled only at Valentine and Martin, the two African American employees. A similar situation occurred again in or around mid-February 2020.

36. Some time after Frost's hire, Valentine complained to a superior that she felt that Frost's negative behavior toward her was because of her race – a protected complaint of discrimination.

37. In or around mid-March 2020, Frost's cat evidently passed away. As a result, Frost was overly sensitive and aggressive.

38. Frost took this anger and aggression out on Valentine, even when she did nothing wrong.

39. On or about March 20, 2020, Valentine was in the dining room at LPM folding napkins and preparing the dinner setup.

40. Frost came out of the kitchen talking about garbage with the staff.

41. Frost asked Valentine why she had not yet taken out the trash, and Valentine responded saying that first shift must have forgotten to take it out it. It also was not Valentine's job to take out trash, but Frost said that it was now.

42. Frost then accused Valentine of creating a hostile work environment despite Frost being, once again, the aggressor in the situation.

43. After further back and forth involving several different people who were not actually relevant or involved in the situation, Valentine was driven to tears and Frost said to Valentine that this position was "probably not the best job for [her]."

44. Valentine responded that she had been there longer than Frost, then Frost told Valentine to leave.

45. On or about March 23, 2020, Valentine's next shift, she received a text from Frost instructing not to come into work until HR contacted her.

46. Valentine tried to contact HR repeatedly over the next few days, but never got through.

47. On or about March 24, 2020, Valentine received an email from LPM noting her termination.

48. Throughout Frost's employment with LPM, she has consistently nitpicked and singled out Valentine.

49. Regardless of whether the issues were in any way Valentine's fault, Frost still managed to pin the blame on her.

50. Valentine complained of this racially disparate treatment to Kim (LNU), then Valentine's employment was terminated citing pretextual reasons.

51. Valentine's termination was an adverse employment action by Defendants.

52. Defendants' purported reason for Valentine's termination was pretext.

53. Valentine was actually discriminated against and terminated due to her race and/or was retaliated against due to her complaints of discrimination.

54. As a result of Defendants' acts and omissions, Valentine has and continues to suffer damages.

## COUNT I: RACIAL DISCRIMINATION IN VIOLATION OF R.C. §4112, *et seq*.

55. Valentine restates each and every prior paragraph of this Complaint, as if it were fully restated herein.

56. Valentine is African American, and thus is in a protected class for her race.

57. R.C. § 4112 *et seq*. provides that it is an unlawful discriminatory practice for an employer to discriminate against an employee on the basis of the employee's race.

58. Defendants treated Valentine differently than other similarly situated employees based upon her race.

59. Defendants' purported reason for Valentine's termination was pretext.

60. Defendants' termination of Valentine was an adverse employment action against her.

61. Defendants actually terminated Valentine's employment due to her race.

62. Defendants violated R.C. § 4112 *et seq*. by terminating Valentine because of her race.

63. Defendants violated R.C. § 4112.02 and R.C. § 4112.99 by treating Valentine differently from other similarly situated employees outside her protected class.

64. Defendants violated R.C. § 4112.02 and R.C. § 4112.99 by applying their employment policies in a disparate manner based on Valentine's race.

65. Defendants violated R.C. § 4112.02 and R.C. § 4112.99 by applying their disciplinary policies in a disparate manner based on Valentine's race.

66. Valentine incurred emotional distress damages as a result of Defendants' conduct described herein.

67. As a direct and proximate result of Defendants' acts and omissions, Valentine has suffered and will continue to suffer damages.

## COUNT II: RACIAL DISCRIMINATION IN VIOLATION OF TITLE VII
### (Defendant LPM only)

68. Valentine restates each and every prior paragraph of this Complaint, as if it were fully restated herein.

69. Valentine is African American, and thus is in a protected class for her race.

70. Title VII provides that it is an unlawful discriminatory practice for an employer to discriminate against an employee on the basis of the employee's race.

71. Defendant treated Valentine differently than other similarly situated employees based upon her race.

72. Defendant's termination of Valentine was an adverse employment action against her.

73. Defendant's purported reason for Valentine's termination was pretextual.

74. Defendant actually terminated Valentine's employment due to her race.

75. Defendant violated Title VII by terminating Valentine because of her race.

76. Defendant violated Title VII by treating Valentine differently from other similarly situated employees outside her protected class.

77. Defendant violated Title VII by applying its employment policies in a disparate manner based on Valentine's race.

78. Defendant violated Title VII by applying its disciplinary policies in a disparate manner based on Valentine's race.

79. Valentine incurred emotional distress damages as a result of Defendant's conduct described herein.

80. As a direct and proximate result of Defendant's acts and omissions, Valentine has suffered and will continue to suffer damages.

## **COUNT III: RETALIATION**

81. Valentine restates each and every prior paragraph of this complaint, as if it were fully restated herein.

82. As a result of the Defendants' discriminatory conduct described above, Valentine complained of the discrimination, sexual harassment, and disparate treatment she was experiencing.

83. Subsequent to Valentine's complaints to LPM, Defendants took adverse employment actions against Valentine, including, but not limited to, terminating her employment.

84. Defendants' actions were retaliatory in nature based on Valentine's opposition to the unlawful discriminatory conduct.

85. Pursuant to R.C. § 4112.02(I) and Title VII, it is an unlawful discriminatory practice to discriminate in any manner against any other person because that person has opposed any unlawful discriminatory.

86. As a direct and proximate result of Defendants' retaliatory discrimination against and discharge of Valentine, she has suffered and will continue to suffer damages.

## DEMAND FOR RELIEF

WHEREFORE, Valentine demands from Defendants the following:

a) Issue a permanent injunction:

    i. Requiring LPM to abolish discrimination, harassment, and retaliation;

    ii. Requiring allocation of significant funding and trained staff to implement all changes within two years;

    iii. Requiring removal or demotion of all supervisors who have engaged in discrimination, harassment, or retaliation, and failed to meet their legal responsibility to promptly investigate complaints and/or take effective action to stop and deter prohibited personnel practices against employees;

    iv. Creating a process for the prompt investigation of discrimination, harassment, or retaliation complaints; and

    v. Requiring mandatory and effective training for all employees and supervisors on discrimination, harassment, and retaliation issues, investigations, and appropriate corrective actions;

b) An award against Defendants for compensatory and monetary damages to compensate Valentine for physical injury, physical sickness, lost wages, emotional distress, and other consequential damages, in an amount in excess of $25,000 per claim to be proven at trial;

c) An award of punitive damages against Defendants in an amount in excess of $25,000;

d) An award of reasonable attorneys' fees and non-taxable costs for Valentine's claims as allowable under law;

e) An award of the taxable costs of this action; and

f)   An award of such other relief as this Court may deem necessary and proper.

Respectfully submitted,

/s/ Matthew G. Bruce
Matthew Bruce (0083769)
Evan R. McFarland (0096953)
       Trial Attorney
**THE SPITZ LAW FIRM, LLC**
Spectrum Office Tower
11260 Chester Road, Suite 825
Cincinnati, OH 45246
Phone: (216 291-0244 x173
Fax:    (216) 291-5744
Email: Evan.McFarland@SpitzLawFirm.com
Email: Matthew.Bruce@spitzlawfirm.com

Attorneys    for    Plaintiff    Sha'rontanae
Valentine

## **JURY DEMAND**

Plaintiff Sha'rontanae Valentine demands a trial by jury by the maximum number of jurors permitted.

/s/ Matthew G. Bruce_____
Matthew Bruce (0083769)

11

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

---

## DISMISSAL AND NOTICE OF RIGHTS

---

| To: | **Sha'Rontanae Valentine** | From: | **Cincinnati Area Office** |
|---|---|---|---|
| | **1748 Darst Avenue** | | **John W. Peck Fed. Bldg** |
| | **Dayton, OH 45403** | | **550 Main Street, Suite 10-191** |
| | | | **Cincinnati, OH 45202** |

|  | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| | **Matthew G. Meisman,** | |
| **473-2020-01174** | **Investigator** | **(513) 914-6009** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| | |
|---|---|
| ☐ | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| ☐ | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| ☐ | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| ☐ | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| ☒ | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| ☐ | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| ☐ | Other *(briefly state)* |

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

Matthew Meisman

Digitally signed by Matthew Meisman
DN: cn=Matthew Meisman, o=EEOC, ou,
email=matthew.meisman@eeoc.gov, c=US
Date: 2020.11.12 09:16:26 -05'00'

| Enclosures(s) | **Richard Burgamy** | *(Date Mailed)* |
|---|---|---|
| | **Acting Area Office Director** | |

cc:

| **Ellen Kennedy** | **Evan R. Mcfarland, Esq.** |
|---|---|
| **Human Resources** | **SPITZ LAW FIRM** |
| **LINCOLN PARK ASSOCIATES II LP DBA LINCOLN PARK MANOR** | **8354 Princeton-Glendale Road, Suite 203** |
| **694 Isaac Prugh Way** | **West Chester, OH 45069** |
| **Kettering, OH 45429** | |

ELECTRONICALLY FILED
COURT OF COMMON PLEAS
Tuesday, January 26, 2021 5:15:15 PM
CASE NUMBER: 2021 CV 00301 Docket ID: 35190605
MIKE FOLEY
CLERK OF COURTS MONTGOMERY COUNTY OHIO

MONTGOMERY COMMON PLEAS COURT / GENERAL DIVISION
CIVIL CASE INFORMATION

This document has been automatically generated by the Electronic Filing System

| PARTICIPANT NAME | TYPE | ATTORNEY FOR PARTY |
|---|---|---|
| SHARONTANAE  VALENTINE | MAIN PLAINTIFF | BRUCE |
| LINCOLN PARK ASSOCIATES II LIMITED PARTNERSHIP | MAIN DEFENDANT | |

| CATEGORY | VALUE |
|---|---|
| CASE TYPE | Civil |
| JURY DEMAND | Yes |
| PRAYER AMOUNT | 25000 |
| ACTION TYPE | CIVIL ALL OTHER |
| TYPE OF RESOLUTION | |
| PARCEL NUMBER (MORTGAGE FORECLOSURE ONLY) | |

## REFILING INFORMATION

| CASE NUMBER | JUDGE | MAIN PLAINTIFF | MAIN DEFENDANT |
|---|---|---|---|

## SUITS INVOLVING LIKE ISSUES AND SIMILAR PARTIES

| CASE NUMBER | JUDGE | MAIN PLAINTIFF | MAIN DEFENDANT |
|---|---|---|---|

The Filer submitted this information and the document was generated.
Filer:  Matthew G. Bruce

ELECTRONICALLY FILED
COURT OF COMMON PLEAS
Tuesday, January 26, 2021 5:15:15 PM
CASE NUMBER: 2021 CV 00301 Docket ID: 35190606
MIKE FOLEY
CLERK OF COURTS MONTGOMERY COUNTY OHIO

**MIKE FOLEY**
**MONTGOMERY COUNTY CLERK OF COURTS**
**41 N. PERRY STREET, DAYTON, OHIO 45422**

## INSTRUCTIONS FOR SERVICE

SHARONTANAE VALENTINE
**PLAINTIFF/PETITIONER**


LINCOLN PARK ASSOCIATES II LIMITED PARTNERSHIP
**DEFENDANT/RESPONDENT**

**PLEASE ISSUE SERVICE TO:** (Name and Address)
JOAN FROST
CO LINCOLN PARK ASSOCIATES II
694 ISAAC PRUGH WAY
KETTERING, OH 45429

LINCOLN PARK ASSOCIATES II LIMITED PARTNERSHIP
694 ISAAC PRUGH WAY
KETTERING, OH 45429

LINCOLN PARK ASSOCIATES II LIMITED PARTNERSHIP
CO MARK E SCHUTTER STAT. AGENT
P.O. BOX 744
DAYTON, OH 45401

**VIA:** Service by Clerk

**SERVICE PROVIDER:** VIA CERTIFIED MAIL

**TO BE SERVED** (List all Documents to be Served)
Complaint FOR DAMAGES AND INJUNCTIVE RELIEF

**Electronically Requested by:** Matthew G. Bruce

ELECTRONICALLY FILED
COURT OF COMMON PLEAS
WEDNESDAY JANUARY 27 2021 08:52:20 AM
CASE NUMBER: 2021 CV 00301 Docket ID: 35190771
MIKE FOLEY
CLERK OF COURTS MONTGOMERY COUNTY OHIO

# IN THE COURT OF COMMON PLEAS, MONTGOMERY COUNTY OHIO
## CIVIL DIVISION

# SUMMONS

**PLAINTIFF**                                                    **CASE NUMBER**

SHARONTANAE VALENTINE                                2021 CV 00301

**VS**

**DEFENDANT**                                                   **ARTICLE NUMBER**

LINCOLN PARK ASSOCIATES II LIMITED          9414726699042175121073
PARTNERSHIP et al

**TO THE FOLLOWING NAMED DEFENDANT:**

LINCOLN PARK ASSOCIATES II LIMITED PARTNERSHIP
CO MARK E SCHUTTER STAT. AGENT
P.O. BOX 744
DAYTON OH 45401

You have been named a Defendant or Respondent in a complaint filed in Montgomery County Court of Common Pleas, Dayton, Ohio.**A copy of the Complaint is attached.**

**BY:**

SHARONTANAE VALENTINE
3125 PRINCETON DR
DAYTON, OH  45406

**PLAINTIFF ATTORNEY:**

MATTHEW G BRUCE
11260 CHESTER RD   STE 825
CINCINNATI, OH 45246

You are hereby summoned and required to serve upon the Plaintiff's attorney, or upon the Plaintiff, if the Plaintiff does not have an attorney, a copy of an **Answer to the Complaint** within **28 days after receipt of this summons, exclusive of the day you received the summons.**  Your original **Answer**must be filed with the Clerk of Court's Office **within 3 days**after you serve the Plaintiff's attorney or Plaintiff.

**If you fail to appear and defend, Judgment by Default may be rendered against you granting Plaintiff(s) the relief demanded in the Complaint.**

**NOTE:**

If you are represented by an attorney, your attorney is required to electronically file your Answer through the Court's authorized electronic filing system. See Montgomery County Common Pleas Court Loc. R. 1.15, Electronic Filing of Court Documents, for requirements of electronic filing. Local rules can be accessed at www.montcourt.oh.gov. Service of the Answer will be made upon the Plaintiff's attorney through the Court's authorized electronic filing system. If the Plaintiff does not have an attorney, your attorney is required to serve a paper copy of your Answer to the Plaintiff.

If you are representing yourself (appearing pro se), you have the option to file your Answer in paper OR through the Court's authorized electronic filing system (See Loc. R. 1.15, Electronic Filing of Court Documents). Local rules can be accessed at www.montcourt.oh.gov.  If you file your Answer in paper, you are required to serve a paper copy of your Answer to the Plaintiff's Attorney or the Plaintiff.  If you file your Answer electronically, service of the Answer will be made upon the Plaintiff's attorney through the Court's authorized electronic filing system. If the Plaintiff does not have an attorney, you are required to serve a paper copy of your Answer to the Plaintiff.



**/s/ MIKE FOLEY, ISSUED Wednesday, January 27, 2021**
**MIKE FOLEY, CLERK**
**COURT OF COMMON PLEAS**
**MONTGOMERY COUNTY, OHIO**

**PREPARED ELECTRONICALLY**

**In The Court Of Common Pleas, Montgomery County Ohio**
**Civil Division**

**RETURN OF SERVICE SUMMONS**

**PLAINTIFF**                                                                   **CASE NUMBER**

SHARONTANAE VALENTINE                                              2021 CV 00301

**VS**

**DEFENDANT**                                                                **ARTICLE NUMBER**

LINCOLN PARK ASSOCIATES II LIMITED                    9414726699042175121073
PARTNERSHIP et al

**TO THE FOLLOWING NAMED PARTY:**

LINCOLN PARK ASSOCIATES II LIMITED PARTNERSHIP

CO MARK E SCHUTTER STAT. AGENT

P.O. BOX 744

DAYTON, OH 45401

### RETURN OF SERVICE(PERSONAL)

**FEES**

SERVICE          $_____

MILEAGE            _____

TOTAL            $_____

DATE               _____

I received the document on _____, 2021, at ____ o'clock ____ M. and made personal service of it upon _____ by locating him/them and tendering a copy of the document and accompanying documents, on _____, 2021.

By _____

### RETURN OF SERVICE(RESIDENCE)

**FEES**

SERVICE          $_____

MILEAGE            _____

TOTAL            $_____

DATE               _____

I received the document on _____, 2021, at ____ o'clock ____ M. and made residence service of it upon _____ by leaving, at his/their usual place of residence with _____ a person of suitable age and discretion then residing therein a copy of the complaint and accompanying documents, on _____, 2021.

By _____

### RETURN OF SERVICE(FAILURE OF SERVICE)

**FEES**

SERVICE          $_____

MILEAGE            _____

TOTAL            $_____

DATE               _____

I received the document on _____, 2021, at ____ o'clock ____ M. with instructions to make personal/residence service upon _____ and I was unable to serve a copy documents upon him/them for the following reasons: _____

By _____

PAGE INTENTIONALLY LEFT BLANK

# IN THE COURT OF COMMON PLEAS, MONTGOMERY COUNTY OHIO
## CIVIL DIVISION

# SUMMONS

**PLAINTIFF**                                                    **CASE NUMBER**

SHARONTANAE VALENTINE                                           2021 CV 00301

**VS**

**DEFENDANT**                                                   **ARTICLE NUMBER**

LINCOLN PARK ASSOCIATES II LIMITED                             9414726699042175121080
PARTNERSHIP et al

**TO THE FOLLOWING NAMED DEFENDANT:**

LINCOLN PARK ASSOCIATES II LIMITED PARTNERSHIP

694 ISAAC PRUGH WAY

KETTERING OH 45429

You have been named a Defendant or Respondent in a complaint filed in Montgomery County Court of Common Pleas, Dayton, Ohio.**A copy of the Complaint is attached.**

**BY:**

SHARONTANAE VALENTINE

3125 PRINCETON DR

DAYTON, OH  45406

**PLAINTIFF ATTORNEY:**

MATTHEW G BRUCE

11260 CHESTER RD   STE 825

CINCINNATI, OH 45246

You are hereby summoned and required to serve upon the Plaintiff's attorney, or upon the Plaintiff, if the Plaintiff does not have an attorney, a copy of an **Answer to the Complaint** within **28 days after receipt of this summons, exclusive of the day you received the summons.**  Your original **Answer**must be filed with the Clerk of Court's Office **within 3 days**after you serve the Plaintiff's attorney or Plaintiff.

**If you fail to appear and defend, Judgment by Default may be rendered against you granting Plaintiff(s) the relief demanded in the Complaint.**

**NOTE:**

If you are represented by an attorney, your attorney is required to electronically file your Answer through the Court's authorized electronic filing system. See Montgomery County Common Pleas Court Loc. R. 1.15, Electronic Filing of Court Documents, for requirements of electronic filing. Local rules can be accessed at www.montcourt.oh.gov. Service of the Answer will be made upon the Plaintiff's attorney through the Court's authorized electronic filing system. If the Plaintiff does not have an attorney, your attorney is required to serve a paper copy of your Answer to the Plaintiff.

If you are representing yourself (appearing pro se), you have the option to file your Answer in paper OR through the Court's authorized electronic filing system (See Loc. R. 1.15, Electronic Filing of Court Documents). Local rules can be accessed at www.montcourt.oh.gov.  If you file your Answer in paper, you are required to serve a paper copy of your Answer to the Plaintiff's Attorney or the Plaintiff.  If you file your Answer electronically, service of the Answer will be made upon the Plaintiff's attorney through the Court's authorized electronic filing system. If the Plaintiff does not have an attorney, you are required to serve a paper copy of your Answer to the Plaintiff.



**/s/ MIKE FOLEY, ISSUED Wednesday, January 27, 2021**
**MIKE FOLEY, CLERK**
**COURT OF COMMON PLEAS**
**MONTGOMERY COUNTY, OHIO**

**PREPARED ELECTRONICALLY**

**In The Court Of Common Pleas, Montgomery County Ohio**
**Civil Division**

**RETURN OF SERVICE SUMMONS**

| | |
|---|---|
| **PLAINTIFF** | **CASE NUMBER** |
| SHARONTANAE VALENTINE | 2021 CV 00301 |
| **VS** | |
| **DEFENDANT** | **ARTICLE NUMBER** |
| LINCOLN PARK ASSOCIATES II LIMITED PARTNERSHIP et al | 9414726699042175121080 |

**TO THE FOLLOWING NAMED PARTY:**

LINCOLN PARK ASSOCIATES II LIMITED PARTNERSHIP

694 ISAAC PRUGH WAY

KETTERING, OH 45429

### RETURN OF SERVICE(PERSONAL)

**FEES**

SERVICE     $_____

MILEAGE        _____

TOTAL     $_____

DATE        _____

I received the document on _____, 2021, at _____ o'clock _____ M. and made personal service of it upon _____ by locating him/them and tendering a copy of the document and accompanying documents, on _____, 2021.

By _____

### RETURN OF SERVICE(RESIDENCE)

**FEES**

SERVICE     $_____

MILEAGE        _____

TOTAL     $_____

DATE        _____

I received the document on _____, 2021, at _____ o'clock _____ M. and made residence service of it upon _____ by leaving, at his/their usual place of residence with _____ a person of suitable age and discretion then residing therein a copy of the complaint and accompanying documents, on _____, 2021.

By _____

### RETURN OF SERVICE(FAILURE OF SERVICE)

**FEES**

SERVICE     $_____

MILEAGE        _____

TOTAL     $_____

DATE        _____

I received the document on _____, 2021, at _____ o'clock _____ M. with instructions to make personal/residence service upon _____ and I was unable to serve a copy documents upon him/them for the following reasons: _____

By _____

PAGE INTENTIONALLY LEFT BLANK

# IN THE COURT OF COMMON PLEAS, MONTGOMERY COUNTY OHIO
## CIVIL DIVISION

# SUMMONS

| **PLAINTIFF** | **CASE NUMBER** |
|---|---|
| SHARONTANAE VALENTINE | 2021 CV 00301 |
| **VS** | |
| **DEFENDANT** | **ARTICLE NUMBER** |
| LINCOLN PARK ASSOCIATES II LIMITED PARTNERSHIP et al | 9414726699042175121097 |

**TO THE FOLLOWING NAMED DEFENDANT:**

JOAN FROST

CO LINCOLN PARK ASSOCIATES II

694 ISAAC PRUGH WAY

KETTERING OH 45429

You have been named a Defendant or Respondent in a complaint filed in Montgomery County Court of Common Pleas, Dayton, Ohio.**A copy of the Complaint is attached.**

**BY:**

SHARONTANAE VALENTINE

3125 PRINCETON DR

DAYTON, OH  45406

**PLAINTIFF ATTORNEY:**

MATTHEW G BRUCE

11260 CHESTER RD   STE 825

CINCINNATI, OH 45246

You are hereby summoned and required to serve upon the Plaintiff's attorney, or upon the Plaintiff, if the Plaintiff does not have an attorney, a copy of an **Answer to the Complaint** within **28 days after receipt of this summons, exclusive of the day you received the summons.**  Your original **Answer**must be filed with the Clerk of Court's Office **within 3 days**after you serve the Plaintiff's attorney or Plaintiff.

**If you fail to appear and defend, Judgment by Default may be rendered against you granting Plaintiff(s) the relief demanded in the Complaint.**

**NOTE:**

If you are represented by an attorney, your attorney is required to electronically file your Answer through the Court's authorized electronic filing system. See Montgomery County Common Pleas Court Loc. R. 1.15, Electronic Filing of Court Documents, for requirements of electronic filing. Local rules can be accessed at www.montcourt.oh.gov. Service of the Answer will be made upon the Plaintiff's attorney through the Court's authorized electronic filing system. If the Plaintiff does not have an attorney, your attorney is required to serve a paper copy of your Answer to the Plaintiff.

If you are representing yourself (appearing pro se), you have the option to file your Answer in paper OR through the Court's authorized electronic filing system (See Loc. R. 1.15, Electronic Filing of Court Documents). Local rules can be accessed at www.montcourt.oh.gov.  If you file your Answer in paper, you are required to serve a paper copy of your Answer to the Plaintiff's Attorney or the Plaintiff.  If you file your Answer electronically, service of the Answer will be made upon the Plaintiff's attorney through the Court's authorized electronic filing system. If the Plaintiff does not have an attorney, you are required to serve a paper copy of your Answer to the Plaintiff.



**/s/ MIKE FOLEY, ISSUED Wednesday, January 27, 2021**

**MIKE FOLEY, CLERK**

**COURT OF COMMON PLEAS**

**MONTGOMERY COUNTY, OHIO**

**PREPARED ELECTRONICALLY**

**In The Court Of Common Pleas, Montgomery County Ohio**
**Civil Division**

**RETURN OF SERVICE SUMMONS**

**PLAINTIFF**                                                          **CASE NUMBER**

SHARONTANAE VALENTINE                                      2021 CV 00301

**VS**

**DEFENDANT**                                                     **ARTICLE NUMBER**

LINCOLN PARK ASSOCIATES II LIMITED               9414726699042175121097
PARTNERSHIP et al

**TO THE FOLLOWING NAMED PARTY:**

JOAN FROST

CO LINCOLN PARK ASSOCIATES II

694 ISAAC PRUGH WAY

KETTERING, OH 45429

### RETURN OF SERVICE(PERSONAL)

**FEES**

| | |
|---|---|
| SERVICE | $_____ |
| MILEAGE | _____ |
| TOTAL | $_____ |
| DATE | _____ |

I received the document on _____, 2021, at ____ o'clock ____ M. and made personal service of it upon _____ by locating him/them and tendering a copy of the document and accompanying documents, on _____, 2021.

By _____

### RETURN OF SERVICE(RESIDENCE)

**FEES**

| | |
|---|---|
| SERVICE | $_____ |
| MILEAGE | _____ |
| TOTAL | $_____ |
| DATE | _____ |

I received the document on _____, 2021, at ____ o'clock ____ M. and made residence service of it upon _____ by leaving, at his/their usual place of residence with _____ a person of suitable age and discretion then residing therein a copy of the complaint and accompanying documents, on _____, 2021.

By _____

### RETURN OF SERVICE(FAILURE OF SERVICE)

**FEES**

| | |
|---|---|
| SERVICE | $_____ |
| MILEAGE | _____ |
| TOTAL | $_____ |
| DATE | _____ |

I received the document on _____, 2021, at ____ o'clock ____ M. with instructions to make personal/residence service upon _____ and I was unable to serve a copy documents upon him/them for the following reasons: _____

By _____

PAGE INTENTIONALLY LEFT BLANK

Return Receipt (Form 3811) Barcode

Case: 2021 CV 00301

00035204764
Ok4: CVSRD

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addresse

B. Received by (Printed Name) | C. Date of Delivery

. Article Addressed to:

JOAN FROST
CO LINCOLN PARK ASSOCIATES II
694 ISAAC PRUGH WAY
KETTERING, OH 45429

2021 CV 00301

D. Is delivery address different from item 1? ☐ Yes
  If YES, enter delivery address below: ☐ No

3. Service Type:

☒ Certified Mail

Reference Information

9 414 7266 9904 2175 1210 97

CIVIL

. Certified Mail (Form 3800) Article Number

9414 7266 9904 2175 1210 97



USPS TRACKING #

COLUMBUS OH 430

9590 9266 9904 2175 1210 90

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

COURT OF COMMON FILED

2021 FEB 3 PH 3: 50

**United States Postal Service®**

⊙ Sender: Please print your name, address and ZIP+4® below ⊙

**MIKE FOLEY
MONTGOMERY COUNTY CLERK OF COURTS
41 N PERRY STREET
DAYTON OH 45422**

Return Receipt (Form 3811) Barcode

Case: 2021 CV 00301

00035204937.
Dkt: CVSRS

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____ ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

Greg Hotter, OH

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:        ☐ No

JAN 29 2021

. Article Addressed to:

LINCOLN PARK ASSOCIATES II
CO MARK E SCHUTTER STAT. AGENT
P.O. BOX 744
DAYTON, OH 45401

2021 CV 00301

3. Service Type:

☒ Certified Mail

Reference Information

9 414 7266 9904 2175 1210 73

CIVIL

. Certified Mail (Form 3800) Article Number

9414 7266 9904 2175 1210 73



**USPS TRACKING #**

9590 9266 9904 2175 1210 76

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

COURT OF FILED
2021 FEB
PM 3:49

**United States**
**Postal Service®**

● Sender: Please print your name, address and ZIP+4® below ●

**MIKE FOLEY**
**MONTGOMERY COUNTY CLERK OF COURTS**
**41 N PERRY STREET**
**DAYTON OH 45422**

Return Receipt (Form 3811) Barcode

**COMPLETE THIS SECTION ON DELIVERY**

Case: 2021 CV 00301

8C035209285
OK1: CVSRO

A. Signature

X ☐ Agent
☐ Addresse

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

. Article Addressed to:

LINCOLN PARK ASSOCIATES II
694 ISAAC PRUGH WAY
KETTERING, OH 45429

2021 CV 00301

3. Service Type:

☒ Certified Mail

Reference Information

9 414 7266 9904 2175 1210 80

CIVIL

. Certified Mail (Form 3800) Article Number

9414 7266 9904 2175 1210 80 1



**USPS TRACKING #**

COLUMBUS OH 430

9590 9266 9904 2175 1210 83

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FILED
COURT OF COMMON
2021 FEB -3 AM 9: 28

**United States Postal Service®**

● Sender: Please print your name, address and ZIP+4® below ●

**MIKE FOLEY**
**MONTGOMERY COUNTY CLERK OF COURTS**
**41 N PERRY STREET**
**DAYTON OH 45422**

45422--

ELECTRONICALLY FILED
COURT OF COMMON PLEAS
Tuesday, February 16, 2021 7:46:54 AM
CASE NUMBER: 2021 CV 00301 Docket ID: 35234320
MIKE FOLEY
CLERK OF COURTS MONTGOMERY COUNTY OHIO

**In The Court Of Common Pleas, Montgomery County Ohio**
**Civil Division**

**FAILURE OF SERVICE NOTIFICATION**
**CASE NUMBER: 2021 CV 00301**

MATTHEW BRUCE G
11260 CHESTER RD   STE 825


CINCINNATI OH 45246

TRACKING NO: 9414726699042175121080
DATE: 2/16/2021


**SHARONTANAE  VALENTINE vs LINCOLN PARK ASSOCIATES II LIMITED PARTNERSHIP**


YOU ARE HERBY NOTIFIED THAT SERVICE WAS NOT PERFECTED ON:

REASON FOR SERVICE:  CIVIL INITIAL SERVICE EFILING
RECIPIENT:          LINCOLN PARK ASSOCIATES II LIMITED
                    PARTNERSHIP
                    694 ISAAC PRUGH WAY


                    KETTERING OH 45429

REASON FOR FAILURE:  CIVIL UNSUCCESSFUL SERVICE
COMMENT:             GREEN CARD RETURNED WITH NO SIGNATURE OR DATE
                     OF DELIVERY

Mike Foley,

Montgomery County Clerk Of Courts

MATTHEW BRUCE G
11260 CHESTER RD   STE 825
CINCINNATI OH 45246

**ELECTRONICALLY FILED**
**COURT OF COMMON PLEAS**
**Tuesday, February 16, 2021 7:47:54 AM**
**CASE NUMBER: 2021 CV 00301 Docket ID: 35234383**
**MIKE FOLEY**
**CLERK OF COURTS MONTGOMERY COUNTY OHIO**

**In The Court Of Common Pleas, Montgomery County Ohio**
**Civil Division**

**FAILURE OF SERVICE NOTIFICATION**
**CASE NUMBER: 2021 CV 00301**

MATTHEW BRUCE G
11260 CHESTER RD   STE 825


CINCINNATI OH 45246

TRACKING NO: 9414726699042175121097
DATE: 2/16/2021


**SHARONTANAE  VALENTINE vs LINCOLN PARK ASSOCIATES II LIMITED PARTNERSHIP**


YOU ARE HERBY NOTIFIED THAT SERVICE WAS NOT PERFECTED ON:

REASON FOR SERVICE:  CIVIL INITIAL SERVICE EFILING
RECIPIENT:           JOAN FROST
                     CO LINCOLN PARK ASSOCIATES II
                     694 ISAAC PRUGH WAY

                     KETTERING OH 45429

REASON FOR FAILURE:      CIVIL UNSUCCESSFUL SERVICE
COMMENT:                 GREEN CARD RETURNED WITH NO SIGNATURE OR DATE
                         OF DELIVERY

Mike Foley,

Montgomery County Clerk Of Courts

MATTHEW BRUCE G
11260 CHESTER RD   STE 825
CINCINNATI OH 45246