# /UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# (WESTERN DIVISION – DAYTON)

| | |
|---|---|
| Sha'rontanae Valentine, | : |
| | : Case No. 3:21-cv-00068-TMR |
| Plaintiff, | : |
| | : Judge Thomas M. Rose |
| v. | : |
| | : |
| | : **STIPULATED DISMISSAL WITH** |
| Lincoln Park Manor, LLC, | : **PREJUDICE** |
| | : |
| Defendants. | : |

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated this 11th day of June 2021.

| | |
|---|---|
| Matthew G. Bruce | Michael W. Hawkins |
| Matthew G. Bruce | Michael W. Hawkins |
| Evan R. McFarland | Shannon G. Reid |
| THE SPITZ LAW FIRM, LLC | DINSMORE & SHOHL LLP |
| 11260 Chester Road, Suite 825 | 255 East Fifth Street, Suite 1900 |
| Cincinnati, Ohio 45246 | Cincinnati, Ohio 45202 |
| Phone: (216) 291-4744 | Phone: (513) 977-8200 |
| Fax: (216) 291-5744 | Fax: (513) 977-8141 |
| matthew.bruce@spitzlawfirm.com | michael.hawkins@dinsmore.com |
| evan.mcfarland@spitzlawfirm.com | shannon.reid@dinsmore.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |